UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH LAUFER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:20-cv-02291-CCC |
| | : |
| KRISHNA HOSPITALITY CORPORATION, | : |
| | : |
| Defendant. | : |
| _____ | : |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DEBORAH LAUFER hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant KRISHNA HOSPITALITY CORPORATION.

Respectfully Submitted,

THOMAS B. BACON, P.A.

By: */s/ John F. Ward*
    John F. Ward, Esquire
    PA I.D. No. 81350
    329 S. Devon Ave.
    Wayne, PA 19087
    Phone: 610-952-0219
    Fax: 954-237-1990
    johnfward@gmail.com

Date: May 18, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) was served by U.S. Mail to the Defendant at its Registered Office Address, as follows:

KRISHNA HOSPITALITY CORPORATION
905 E. Chocolate Ave.
Hershey, PA 17033

Dated: May 18, 2022          */s/ John F. Ward*
                             John F. Ward, Esquire